HONORABLE THOMAS S. ZILLY
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDUL MUJAAHID SIDDIQ,<br><br>  Petitioner,<br><br>  v.<br><br>RON VAN BOENING,<br><br>  Respondent. | NO. C08-0593-TSZ-MAT<br><br>(~~PROPOSED~~) ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before July 16, 2008.

DATED this 11th day of July, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

/s/ Paul D. Weisser
PAUL D. WEISSER, WSBA# 17918
Senior Counsel