UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ABDUL SIDDIQ, | ) | CASE NO.: C08-0593-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RON VAN BOENING, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Counsel for petitioner Abdul Siddiq was twice granted additional time to file information relevant to the present proceedings but failed to meet both court-ordered deadlines. (Dkts. 22, 23.) Nearly two months after the first extended deadline to do so, counsel submitted that he still plans to file a reply to respondent's answer. (Dkt. 25, at 7.) The Court therefore orders Mr. Siddiq's counsel to file a reply **within seven (7) days** of the date of this order.[1] Respondent's answer to Mr. Siddiq's 28 U.S.C. § 2254 petition (Dkt. 14) is noted for consideration on January

---

[1] Counsel's failure to file a reply under these circumstances would be sanctionable under Federal Rule of Civil Procedure 11. Should respondent choose to file a surreply, he should inform the Court by telephone and Mr. Siddiq's counsel by telephone or facsimile of this fact as soon after receiving the reply as practicable. *See, e.g.*, Local Rule W.D. Wash. CR 7(g).

ORDER
PAGE -1

23, 2009.

DATED this 13th day of January, 2009.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2