UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ABDUL MUJAAHID SIDDIQ, | ) | CASE NO. C08-0593-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER REQUESTING |
| | ) | SUPPLEMENTAL BRIEFING |
| RON VAN BOENING, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Abdul Mujaahid Siddiq proceeds with counsel in this 28 U.S.C. § 2254 habeas action. The briefing associated with this action is now complete. However, upon review of that briefing, the Court finds additional briefing as to petitioner's fourth ground for relief would be helpful. Accordingly, the Court finds as follows:

(1) Respondent shall submit a supplemental brief further addressing the question of whether Washington's re-litigation rule serves as a bar to habeas review of petitioner's fourth ground for relief. In particular, respondent shall further discuss *Pirtle v. Morgan*, 313 F.3d 1160 (9th Cir. 2002), the cases discussed and cited in that decision, *see id.* at 1168, and any other applicable case law from the Ninth Circuit Court of Appeals. Respondent shall also

ORDER
PAGE -1

address, as an alternative argument, the merits of petitioner's fourth ground for relief. Respondent's supplemental brief shall not exceed ten (10) pages and shall be filed with the Court by no later than **June 10, 2009**. Petitioner shall submit a reply, also not to exceed ten (10) pages and addressing the same issues outlined above, on or before **June 19, 2009**. Respondent's Answer is renoted for consideration on **June 19, 2009**.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this 1st day of June, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge