# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDUL SIDDIQ, <br><br> Petitioner, <br><br> v. <br><br> RON VAN BOENING, <br><br> Respondent. | C08-593Z <br><br> ORDER |

THIS MATTER comes before the Court on petitioner's motion for a certificate of appealability, docket no. 49. A certificate of appealability may issue only when "the applicant has made a substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons stated in Magistrate Judge Mary Alice Theiler's Report and Recommendation, docket no. 42, which the Court adopted by Order dated November 4, 2009, docket no. 45, as well as in respondent's opposition to petitioner's motion for a certificate of appealability, docket no. 50, the Court concludes that petitioner has failed to make a substantial showing of a denial of a constitutional right. Accordingly, petitioner's motion for a certificate of appealability is hereby DENIED.

ORDER - 1

The Clerk is directed to send a copy of this Order to all counsel of record, Magistrate Judge Theiler, and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED this 4th day of February, 2010.

                                                  /s/ Thomas S. Zilly
                                                  Thomas S. Zilly
                                                  United States District Judge